IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Barb Loyd** ) <br> 217 Peter St. ) <br> Gerald, MO 63037, ) <br>   ) <br> Plaintiff, ) <br>   ) Case No. 4:10-cv-1924-TIA <br> vs. ) <br>   ) <br> **Viking Collection Service, Inc.** ) <br>   ) <br>   ) <br>   ) <br> Defendant. ) | |

**Notice of Settlement**

    Plaintiff notifies the Court that the matter has been settled and requests the Court continue the case for thirty days for stipulation for dismissal to be filed.

Respectfully submitted,

/s/ Steven R. White
_____
Purschke, White, Robinson & Becker LLC
STEVEN R. WHITE #45595MO, MBE 45595
316 E. Locust
Union, Missouri 63084
white@purschkewhite.com
(636) 583-5760  Fax: (866)804-1569
ATTORNEY FOR PLAINTIFF

1